**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| JENNIFER MARIE LEWIS, individually and on behalf of all others similarly situated, | Case No. 15-cv-3646 |
| *Plaintiff*, | |
| *v.* | |
| AMERICAN INTERCONTINENTAL UNIVERSITY, INC., a Georgia corporation, and AIU ONLINE, LLC, a Delaware limited liability company, | |
| *Defendants*. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Monday, May 4, 2015 at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in Courtroom 2119 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then present ***Plaintiff's Motion for and Memorandum in Support of Class Certification***.

Respectfully submitted,

**JENNIFER MARIE LEWIS**, individually and on behalf of all others similarly situated,

Dated: April 24, 2015

By: /s/ Ari J. Scharg
          One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
Alicia Hwang
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

W. Craft Hughes*
craft@hughesellzey.com
Jarrett L. Ellzey*
jarrett@hughesellzey.com
HUGHES ELLZEY, LLP
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335

* *Pro hac vice* admission to be sought

*Counsel for Plaintiff Lewis and the Putative Class*

## CERTIFICATE OF SERVICE

I, Ari J. Scharg, an attorney, hereby represent that I will cause a copy of ***Plaintiff's Motion for and Memorandum in Support of Class Certification*** to be served on Defendants American Intercontinental University, Inc., and AIU Online, LLC, by effectuating service on their registered agent, Illinois Corporation Service C, on April 27, 2015.

/s/ Ari J. Scharg_____